UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 06-52923-WSD
TEMPERANCE YVONNE WATKINS  CHAPTER 13 PROCEEDINGS
  HON. WALTER SHAPERO.DETROIT

        Debtor

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| TEMPERANCE YVONNE WATKINS<br>3482 GRAYTON<br>DETROIT, MI 48224-0000<br>SSN: XXX-XX-1715 | N/A | N/A | DEBTOR REFUND | 1293525 | 8/25/10 | $ 2.17 |

DATED: September 02, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    5253921
DETROIT, MICHIGAN 48231-1930

0652923  00000  017414  1293525
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT S
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 08/25/2010                                                                     Check No: 1293525
Payee: CLERK OF US BANKRUPTCY COURT

| 0652923 | TEMPERANCE YVONNE WATKINS | | | 2.17 | 0.00 | 2.17 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | | 0.00 | |

---

**TAMMY L. TERRY**
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79
611

CHECK NO. 1293525
SunTrust Bank

FOR  TEMPERANCE YVONNE WATKINS
BK:0652923  ACCT:
PRIN:    2.17   INT:    0.00

DATE Aug 25, 2010

AMOUNT **********2.17

PAY  **2.17**
Two And 17 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT
VOID OVER $2.17
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

⑈1293525⑈  ⑆061100280⑆ 000005251515⑈

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

TEMPERANCE YVONNE WATKINS

Debtor

CASE NO. 06-52923-WSD
CHAPTER 13 PROCEEDINGS
HON. WALTER SHAPERO.DETROIT

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**GRIMA & ASSOCIATES**
**18232 MACK AVENUE**
**GROSSE POINTE FARMS, MI  48236**

**Last Known Address for Debtor:**

**TEMPERANCE YVONNE WATKINS**
**3482 GRAYTON**
**DETROIT, MI  48224**

DATED:  September 02, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI  48226